IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Gregory Lasky, | ) | |
| | ) | |
| | ) | Civil Action No. 2:19-CV-01601-DCN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| SCG Patriots Plaza, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gregory Lasky. and Defendant SCG Patriots Plaza, L.P. hereby stipulate to the dismissal with prejudice of this entire action, including all claims therein. The Parties will each bear their own attorney's fees and costs relating to this action.

Respectfully submitted this 9th day of March, 2020.

    s/ Anthony J. Brady, Jr.
Anthony J. Brady, Jr., Esquire
Federal Bar No. 15506
1670-9 Springdale Drive
PMB 159
Camden, SC 29020
(561) 603-8387

*Attorneys for Plaintiff*

s/ Jacob S. Barker
Jacob S. Barker (Fed. Id. #10375)
GRAYBILL, LANSCHE & VINZANI, LLC
225 Seven Farms Drive, Suite 207
Charleston, South Carolina 29492
Tel: (843) 408-4063
jbarker@glvlawfirm.com

*Attorneys for Defendant*